**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COLLETTE DAVIS, et al.,** : | |
| Plaintiffs, : | |
| v. : | CIVIL NO.   09-cv-5520 |
| : | |
| **ABINGTON MEMORIAL HOSPITAL, et al.,** : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 8th day of September 2011, upon consideration of this Court's attached Memorandum Opinion and Order, and for the reasons stated therein and hereby incorporated, it is hereby **ORDERED**:

1) Defendants' Motion to Dismiss is **GRANTED** [doc. no. 132]; and

2) In view of the dismissal, the following motions are **DENIED AS MOOT:**

   a) Plaintiffs' Motion for Expedited Collective Action Notification [doc. no. 102];[1] and,

   b) Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees [doc. no. 105]; and,

   c) Plaintiffs' Motion to Stay Non-FLSA claims [doc. no. 136]; and

   d) Defendants' Motion to Quash Plaintiffs' Third-Party Subpoenas [doc. no. 94].

3) The Plaintiffs' request for leave to amend is **GRANTED.** The plaintiffs have thirty days to file a second amended complaint

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] This motion was improperly docketed as a "Motion to Certify."