UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLETTE DAVIS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ABINGTON MEMORIAL HOSPITAL, et al., <br><br> *Defendants.* | Civil Action No. 09-cv-5520 |

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above-named action hereby appeal to the United States Court of Appeals for the Third Circuit from the memorandum and order dated August 7, 2012, Doc. No. 194, 195, which dismissed plaintiffs' complaint with prejudice and terminated this consolidated action. Plaintiffs appeal each and every part of this final order, including an order dated September 15, 2010, Doc. No. 81, which denied plaintiffs' motion to remand in Civ. No. 09-cv-6183 and consolidated that action with this action, also including an order and opinion dated September 8, 2011, Doc. No. 161, 162, which granted defendants' motion to dismiss, and also including all previous orders encompassed therein to the extent plaintiffs are aggrieved thereby. Plaintiffs appeal each and every part of these orders.

Dated: September 5, 2012

THOMAS & SOLOMON LLP

By:   s/ Jared K. Cook
      J. Nelson Thomas, Esq.
      PA#209852
      Justin M. Cordello, Esq.
      PA#209838

Patrick J. Solomon, Esq. *(pro hac vice)*
NY#2716660
Michael J. Lingle, Esq. *(pro hac vice)*
NY#3925765
Jared K. Cook, Esq. *(pro hac vice)*
NY#4779997
  *Attorneys for Plaintiffs*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Facsimile: (585)272-0574
nthomas@theemploymentattorneys.com
jcordello@theemploymentattorneys.com
psolomon@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
jcook@theemploymentattorneys.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2012, a copy of plaintiffs' Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties as addressed below, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Christopher J. Moran<br>
Pepper Hamilton, LLP<br>
3000 Two Logan Square<br>
18th and Arch Streets<br>
Philadelphia, PA 19103

      /s/ Jared. K. Cook
      **Jared K. Cook**